Stephen K. McElroy, Esq. (SBN 129239)
Josh M. Dowell, Esq. (SBN 316839)
**CARPENTER, ZUCKERMAN & ROWLEY, LLP**
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805) 272-4001
Fax: (805) 719-6858
Email: team3@czrlaw.com

Attorneys for Plaintiff, LORENZO CHRISTOPHER SERENO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CHRISTOPHER SERENO,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC. et al.,<br><br>Defendants. | CASE NO.: 5:20-cv-00393-SVW (KKx)<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)] AND (PROPOSED) ORDER OF DISMISSAL** |

Plaintiff LORENZO CHRISTOPHER SERENO and Defendant FEDEX CUSTOM CRITICAL, INC. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, causes of actions and parties, with each party bearing its own costs, fees, and expenses.

/ / /

/ / /

/ / /

DATED: August 11, 2020

**CARPENTER, ZUCERKMAN & ROWLEY**

By: _____/S/ Stephen K. McElroy_____
STEPHEN K MCELROY, Esq.
Attorney for Plaintiff,
LORENZO CHRISTOPHER SERENO

DATED: August 11, 2020

**MURCHINSON & CUMMING, LLP**

By: _____/S/ Steven J. McEvoy_____
STEVEN J. MCEVOY, Esq
Attorneys for Defendants, FEDEX CUSTOM CRITICAL, INC, ANA QUIJADA and A&K CARGO TRAIL LLC

# **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) IT IS ORDERED THAT THE ACTION BE, AND IS HEREBY DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own costs, fees, and expenses.

DATED: August ___, 2020

<pre>
                                    STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE
</pre>

Carpenter, Zuckerman & Rowley LLP

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 407 Bryant Circle, Suite F, Ojai, CA 93023.

On August 12, 2020, I served the foregoing document(s) described as **STIPULATION OF DISMISSAL [FRCP 41(A)] AND (PROPOSED) ORDER OF DISMISSAL,** on all interested parties in this action as set forth on the attached service list as follows:

X **BY MAIL:** I placed a true copy of the above captioned documents in a sealed envelope addressed as shown above. I deposited such envelope in the mail at Ojai, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **BY OVERNIGHT MAIL:** By sealing the envelope and placing it for collection and overnight delivery in a box regularly maintained by an overnight delivery service with delivery fees paid or provided for in accordance with ordinary business practices.

☐ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to counsel for defendants.

☐ **BY ELECTRONIC TRANSFER/VIA FACSIMILE:** I caused all of the pages of the above-entitled document(s) to be sent to the recipients noted above via electronic transfer (FAX) at the respective telephone numbers indicated above.

X **BY ELECTRONIC SERVICE:** Pursuant to the agreement of the parties, I caused said document(s) to be delivered via electronic mail to the addressee(s) set forth on the attached service list.

X FEDERAL: I declare that I am employed in the office of the member of the bar of this court at whose direction the service was made.

Executed on August 12, 2020 at Ojai, California.

_____
CINDY BALANZA

# SERVICE LIST
Lorenzo Christopher Sereno vs. Fedex Custom Critical, Inc.
5:20-cv-00393-SVW (KKx)

| | |
|---|---|
| Richard C. Moreno, Esq.<br>Steven J. McEvoy, Esq.<br>MURCHINSON & CUMMING, LLP<br>801 South Grand Ave., Ninth Floor<br>Los Angeles, CA 90017<br>Tel: 213-623-7400<br>Fax: 213-623-6336<br>RMoreno@murchisonlaw.com<br>smcevoy@murchisonlaw.com | *Attorneys for Defendants, FEDEX CUSTOM CRITICAL, INC, ANA QUIJADA and A&K CARGO TRAIL LLC* |