JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CHRISTOPHER SERENO,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC. et al.,<br><br>Defendants. | CASE NO.:   5:20-cv-00393-SVW (KKx)<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) IT IS ORDERED THAT THE ACTION BE, AND IS HEREBY DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own costs, fees, and expenses.

DATED:  August 19, 2020

*Stephen V. Wilson (signature)*
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Carpenter, Zuckerman & Rowley LLP

1

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**